IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ELNA HOFFMAN, KIMBERLY MAXWELL and PATRICIA DUNN, | : |
| Plaintiffs, | : |
| vs. | :    Case No. 3:97cv248 |
| HONDA OF AMERICA, MFG., INC., | :    JUDGE WALTER HERBERT RICE |
| Defendant. | |

| | |
|---|---|
| DEBBIE SCHANER, | : |
| Plaintiff, | : |
| vs. | :    Case No. 3:99mc32 |
| HONDA OF AMERICA, MFG., INC., | :    JUDGE WALTER HERBERT RICE |
| Defendant. | : |

| | |
|---|---|
| SHARON CURTIS ST. CLAIR, | : |
| Plaintiff, | : |
| vs. | :    Case No. 3:99cv352 |
| HONDA OF AMERICA, MFG., INC., | :    JUDGE WALTER HERBERT RICE |
| Defendant. | : |

| | |
|---|---|
| BARBARA J TRUPP, | : |
|     Plaintiff, | : |
|     vs. | :   Case No. 3:99cv63 |
| HONDA OF AMERICA, MFG., INC., | :   JUDGE WALTER HERBERT RICE |
|     Defendant. | : |

---

| | |
|---|---|
| SHIRLEY ELLIOTT, | : |
|     Plaintiff, | : |
|     vs. | :   Case No. 3:99cv335 |
| HONDA OF AMERICA, MFG., INC., | :   JUDGE WALTER HERBERT RICE |
|     Defendant. | : |

### ENTRY DISMISSING CAPTIONED CAUSES FOR WANT OF PROSECUTION; TERMINATION ENTRY

Pursuant to the status report of Honda of America Mfg., Inc. (Doc. #261), and that of Plaintiffs' former counsel (Doc. #262), Plaintiffs were advised by their counsel, some six years ago, that they would have to pursue the case "on their own," and, none of them having done so, the captioned causes are ordered dismissed for want of prosecution.

The captioned causes are ordered terminated upon the docket records of the

United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 16, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

All Claimants
Robert Steinberg, Esq.
James A. Wilson, Esq.
Mary E. Fairfield, Esq.